# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

ROBERT LAVON HAGINS,

    Petitioner,

v.

    CIVIL ACTION NO.: CV612-057

VICTOR WALKER, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Robert Hagins ("Hagins") generally asserts that he was prejudiced by his appellate counsel because counsel failed to submit the complete record on appeal and failed to raise an ineffective assistance of trial counsel claim on appeal. However, Hagins does not set forth any facts or evidence which reveal that he satisfies his burden of "affirmatively prov[ing] prejudice[,]" and thus, he cannot obtain his requested relief. Strickland v. Washington, 466 U.S. 668, 693 (1984). Hagins does not make any objection to the remaining portions of the Magistrate Judge's Report.

Hagins' Objections are conclusory and without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Hagins' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 31 day of Jan., 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA